UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

**ALBERT W. WILSON,**

    **Plaintiff,**

vs.

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE,**

    **Defendant.**
_____/

CASE NO: 2:21-cv-14036-AMC

(Formerly St. Lucie County Circuit Court Case No.: 2020-CA-1506)

**DEFENDANT'S NOTICE OF FILING**
**ORDER ADJUDICATING MOTION FOR CONSOLIDATION**

Now Comes, Defendant, **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE**, by and through undersigned counsel, to hereby provide Notice of Filing the Order on Amended Motion to Consolidate issued in *Kenny v. Deutsche Bank Nat'l Tr. Co.*, No. 2:21-cv-9-FtM-38NPM (M.D. Fla. Mar. 1, 2021).  The Amended Motion to Consolidate [KENNY D.E. 37] was filed in this matter at [D.E. 23-1].  The attached Order denies consolidation of this matter into *Kenny*.

Dated: April 14, 2021

Jason H. Okleshen, Esq.
Florida Bar No. 496170
Okleshenj@gtlaw.com
FLService@gtlaw.com
**GREENBERG TRAURIG, P.A.**
777 S. Flagler Drive, Suite 300 East
West Palm Beach, FL 33401
Telephone: (561) 650-7915

Respectfully submitted,

Beth A. Norrow, Esq.
Florida Bar No. 061497
norrowb@gtlaw.com
Sandra.famadas@gtlaw.com
**GREENBERG TRAURIG, P.A.**
777 S. Flagler Drive, Suite 300 East
West Palm Beach, FL 33401
Telephone: (407) 418-2345

By: /s/ *Beth A. Norrow*
       Beth A. Norrow

*Counsel for Defendant, Deutsche Bank National Trust Company, named "as Trustee" for an unidentified trust*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on April 14, 2021, a true and correct copy of the foregoing was filed with the Clerk of the Court and that a copy was forwarded by email to the following:

Lee Segal, Esq.
**SEGAL & SCHUH LAW GROUP, P.L.**
18167 US Highway 19 North, #100
Clearwater, FL 33764
lee@segalschuh.com
marie@segalschuh.com

            /s/ Beth A. Norrow
            Beth A. Norrow