**THE TEST CASES**                                                                                                      **EXHIBIT 1**

| No. | Date Complaint Filed | County | Case No. | Plaintiff | Defendant | Plaintiff's Counsel | Procedural Events |
|---|---|---|---|---|---|---|---|
| 1 | 12/12/2019 | Hillsborough | 19-CA-012573 | QUEST SYSTEMS, LLC, as Trustee for the 421 Debbie Joy Place Trust | HSBC BANK USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the Registered Holders of ACE Securities Corp. Home Equity Loan Trust, Series 2007-ASAP1, Asset Backed Pass Through Certificates | Lee Segal | 2/19/20: Plaintiff filed affidavit of service attesting to service at 452 Fifth Avenue, New York City, NY on 1/31/20.<br><br>2/27/20: Clerk entered default.<br><br>3/9/20: Defendant filed notice of appearance.<br><br>3/9/20: Defendant filed motion to vacate default.<br><br>3/16/20: Court entered default judgment for declaratory relief.<br><br>7/21/20: Court entered Order granting Defendant's motion to vacate default.<br><br>7/25/20: Plaintiff appealed Order to 2nd DCA Case No. 2D20-2279 - affirmed per curiam on 3/12/21. |
| 2 | 12/16/2019 | Pinellas | 19-008350-CI | LP ASSETS, LLC, as Trustee | DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for Financial Asset Securities Corp., Soundview Home Loan Trust 2007-WMC1, Asset-Backed Certificates, Series 2007-WMC1 | Lee Segal | 1/28/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 1/9/20.<br><br>1/31/20: Clerk entered default.<br><br>2/6/20: Court entered default judgment for $662,484.00.<br><br>1/8/21: Defendant filed notice of appearance.<br><br>1/27/21: Defendant filed motion to quash service and vacate default (refiled in federal court on 3/26/21, Doc. 5). |

**THE TEST CASES**

| No. | Date Complaint Filed | County | Case No. | Plaintiff | Defendant | Plaintiff's Counsel | Procedural Events |
|---|---|---|---|---|---|---|---|
| 3 | 2/25/2020 | Pinellas | 20-000989-CI | ABPAYMAR, LLC, a Florida Limited Liability Company | JP Morgan Chase Bank, N.A. | Lee Segal | 3/17/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 2/28/20.<br><br>3/17/20: Defendant filed notice of appearance.<br><br>7/8/20: Defendant filed motion to dismiss.<br><br>7/31/20: Court entered Order granting in part motion to dismiss, and staying action pending resolution of related actions. |
| 4 | 3/1/2020 | Hillsborough | 20-CA-001972 | QUEST SYSTEMS, LLC, as Successor Trustee under the 904 Belle Timbre Land Trust Dated October 31, 2012 | Bank of America, N.A. | Lee Segal | 3/17/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 3/5/20.<br><br>3/20/20: Defendant filed notice of appearance.<br><br>7/8/20: Plaintiff filed amended complaint.<br><br>7/9/20: Defendant filed motion to dismiss amended complaint.<br><br>9/17/20: Court entered Order granting Defendant's amended motion to dismiss amended complaint. |
| 5 | 3/16/2020 | Orange | 2020-CA-002992-O | ZIFERRYN VENTURES, LLC, as Trustee of the 8172 Via Rosa Land Trust | Citibank, Federal Savings Bank, n/k/a Citibank, N.A. | Lee Segal | 3/19/20: Plaintiff obtained summons to serve Defendant at 701 East 60th Street North, Sioux Falls, SD 57104.<br><br>4/8/20: Defendant filed notice of appearance.<br><br>4/13/20: Defendant filed motion for extension of time to respond.<br><br>3/31/21: Defendant filed motion to dismiss. |

**THE TEST CASES**

| No. | Date Complaint Filed | County | Case No. | Plaintiff | Defendant | Plaintiff's Counsel | Procedural Events |
|---|---|---|---|---|---|---|---|
| 6 | 3/16/2020 | Orange | 2020-CA-002990-O | INLAND ASSETS, LLC, as Trustee | HSBC BANK USA, N.A., as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-FM1, Asset-Backed, Pass-Through Certificates | Lee Segal | 6/4/20: Plaintiff filed affidavit of service attesting to service at 452 Fifth Avenue, NYC, NY 10018 on 5/8/20.<br><br>6/11/20: Clerk entered default.<br><br>7/2/20: Defendant filed notice of appearance.<br><br>7/23/20: Plaintiff filed notice of voluntary dismissal. |
| 7 | 3/19/2020 | Orange | 2020-CA-003153O | ZIFERRYN VENTURES, LLC, as Trustee of the 8172 Via Rosa Land Trust | DEUTSCHE BANK NATIONAL TRUST COMPANY, as Indenture Trustee for MortgageIT Trust 2005-2 | Lee Segal | 7/13/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 7/6/20.<br><br>7/31/20: Clerk entered default.<br><br>8/26/20: Defendant filed motion to quash service.<br><br>2/25/21: Court entered Order granting Defendant's motion to quash service. |
| 8 | 4/9/2020 | Hillsborough | 20-CA-003394 | FUBAR ASSETS, LLC, as Trustee of the 12516 Rawhide Land Trust | Bank of America, N.A. | Lee Segal | 5/7/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 4/27/20.<br><br>5/20/20: Defendant filed notice of appearance.<br><br>7/17/20: Plaintiff filed notice of voluntary dismissal. |

**THE TEST CASES**

| No. | Date Complaint Filed | County | Case No. | Plaintiff | Defendant | Plaintiff's Counsel | Procedural Events |
|---|---|---|---|---|---|---|---|
| 9 | 4/27/2020 | Manatee | 2020-CA-001548 | INLAND ASSETS, LLC, as Trustee | The Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for Registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-5 | Lee Segal | 4/28/20: Plaintiff obtained summons to serve BNYM at CT Corp.<br><br>5/13/20: Defendant filed motion to dismiss.<br><br>6/25/20: Plaintiff filed notice of voluntary dismissal.<br><br>12/14/20: Court entered Order granting Defendant's motion to dismiss complaint with prejudice. |
| 10 | 4/28/2020 | Pinellas | 20-002097-CI | KENNETH B. KAYE, JR. and KRISTINE M. KAYE | The Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-OH3, Mortgage Pass-Through Certificates, Series 2007-OH# | Lee Segal | 5/21/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 4/30/20.<br><br>5/22/20: Clerk entered default.<br><br>6/10/20: Court entered default judgment for declaratory relief.<br><br>10/15/20: Defendant filed notice of appearance.<br><br>12/29/20: Defendant filed motion to quash service and vacate default.<br><br>4/13/21: Court entered Order quashing service and granting motion to vacate. |

**THE TEST CASES**

| No. | Date Complaint Filed | County | Case No. | Plaintiff | Defendant | Plaintiff's Counsel | Procedural Events |
|---|---|---|---|---|---|---|---|
| 11 | 6/30/2020 | Pinellas | 20003116CI | JEFFREY M. HAHN and CARLA TURNER HAHN | DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for GSAA Home Equity Trust 2006-10 Asset Backed Certificates, Series 2006-10 | Lee Segal | 7/31/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 7/13/20.<br><br>8/4/20: Clerk entered default.<br><br>8/11/20: Defendant filed notice of appearance.<br><br>8/11/20: Plaintiff re-filed the complaint in Polk County Case No. 20-CA-002487.<br><br>8/13/20: Defendant filed motion to quash service, vacate default, and for sanctions.<br><br>10/23/20: Plaintiff filed notice of voluntary dismissal.<br><br>12/2/20: Plaintiff filed amended notice of voluntary dismissal with prejudice. |
| 12 | 7/1/2020 | Pinellas | 20-003156-CI | JOHN MARK ROESCH | U.S. BANK, National Association, as Trustee for Citigroup Mortgage Loan Trust, Inc., Mortgage Pass-Through Certificates, Series 2006-AR9 | Lee Segal | 7/10/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 7/8/20.<br><br>7/27/20: Defendant filed notice of appearance.<br><br>8/6/20: Defendant removed the case to federal court- USDC MDFL Case No. 8:20-cv-1819.<br><br>10/6/20: Court entered Order staying and abating action pending resolution of the underlying state court foreclosure litigation (Doc. 16). |

**THE TEST CASES**

| No. | Date Complaint Filed | County | Case No. | Plaintiff | Defendant | Plaintiff's Counsel | Procedural Events |
|---|---|---|---|---|---|---|---|
| 13 | 7/17/2020 | Lee | 20-CA-004636 | QUEST SYSTEMS, LLC, as Trustee of the 16347 Coco Hammock Land Trust Dated November 29, 2012 | DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for the American Home Mortgage Assets Trust 2006-2, Mortgage Pass-Through Certificates, Series 2006-2 | Lee Segal | 7/30/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 7/24/20.<br><br>8/17/20: Clerk entered default.<br><br>9/18/20: Court entered default judgment for $1,019,370.00.<br><br>1/14/21: Defendant filed motion to quash service.<br><br>1/15/21: Defendant removed the case to federal court - USDC MD Case No. 2:21-cv-00040.<br><br>3/1/21: Court entered Order quashing service, vacating default, denying remand, and ordering Plaintiff to serve Defendant (Doc. 26). |
| 14 | 7/20/2020 | Brevard | 05-2020-CA-035223 | JACARANDA, LLC, as Trustee for the Certificateholders of the Brev 1144 Land Trust | DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for Soundview Home Loan Trust 2004-1, Asset-Backed Certificates, Series 2004-1 | Lee Segal | 7/30/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 7/24/20.<br><br>8/18/20: Clerk entered default.<br><br>10/19/20: Court entered default judgment for $717,300.00.<br><br>12/3/20: Defendant filed motion to vacate default. |

**THE TEST CASES**

| No. | Date Complaint Filed | County | Case No. | Plaintiff | Defendant | Plaintiff's Counsel | Procedural Events |
|---|---|---|---|---|---|---|---|
| 15 | 7/30/2020 | Pinellas | 20003616CI | JIMMY AVIRAM | Stearns Bank National Association, Successor in interest to First State Bank | Lee Segal | 8/12/20: Plaintiff filed affidavit of service attesting to service at 4191 Second Street South Saint Cloud, MN 56301 on 8/320.<br><br>8/20/20: Defendant filed notice of appearance.<br><br>8/21/20: Defendant filed answer and affirmative defenses.<br><br>10/6/20: Plaintiff filed notice of voluntary dismissal. |
| 16 | 7/30/2020 | Pinellas | 20003615CI | JIMMY AVIRAM | Synovus Bank | Lee Segal | 8/12/20: Plaintiff filed affidavit of service attesting to service at 140 North Federal Highway, Boca Raton, FL 33432 on 8/5/20.<br><br>8/18/20: Defendant filed notice of appearance.<br><br>10/6/20: Plaintiff filed notice of voluntary dismissal. |
| 17 | 7/30/2020 | Pinellas | 20-003614-CI | JIMMY AVIRAM | THE BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK, as Trustee for the Certificateholders of CWMBS, Inc., CHL Mortgage Pass-Through Trust 2006-TM1, Mortgage Pass-Through Certificates, Series 2006-TM1 | Lee Segal | 8/12/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 8/5/20.<br><br>9/1/20: Clerk entered default.<br><br>10/8/20: Court entered default judgment for declaratory relief.<br><br>10/23/20: Defendant filed motion to quash service and vacate default. |